IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CV-209-D

| | | |
|---|---|---|
| DONALD L. MORRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TOM WATERS, | ) | |
| | ) | |
| Defendant. | ) | |

On October 18, 2010, Donald Morrison sued Tom Watters for fraud concerning a dock that Watters was to build for Morrison in 1999 [D.E. 1]. Morrison seeks "the filing fee and the sum of $3,150 plus appropriate interest since July 6, 2000." Compl. 2

On February 10, 2011, Watters filed a motion to dismiss for lack of subject matter jurisdiction [D.E. 6]. In support, Watters notes that he and Morrison are both citizens of North Carolina and that the amount in controversy does not exceed $75,000, exclusive of interests and costs. Cf. 28 U.S.C. § 1332(a). Watters is correct, and the court GRANTS the motion to dismiss [D.E. 6]. The motion for sanctions [D.E. 11] is DENIED.

SO ORDERED. This 19 day of April 2011.

JAMES C. DEVER III
United States District Judge