# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| DONALD L. MORRISON,<br>    Plaintiff,<br><br>v.<br><br><br>TOM WATTERS,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:10-CV-209-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss is GRANTED [D.E. 6]. The Motion for Sanctions [D.E. 11] is DENIED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **APRIL 19, 2011** WITH A COPY TO:

Seth Peter Buskirk (Via CM/ECF electronic notification)
Donald L. Morrison, pro se (Via US Postal Service to P.O. Box 3612, Topsail Beach, NC 28445)


April 19, 2011                                 DENNIS P. IAVARONE, Clerk
Date                                             Eastern District of North Carolina

                                                           /s/ Debby Sawyer
                                                           (By) Deputy Clerk

Raleigh, North Carolina